UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                              ) CASE NO. MJ 18-025
    Plaintiff, )
                                              )
    v. )
                                              ) DETENTION ORDER
JERMAINE L. HICKLES, )
                                              )
    Defendant. )
_____)

<u>Offense charged</u>:     Felon in Possession of a Firearm; Possession with Intent to Distribute Methamphetamine

<u>Date of Detention Hearing</u>:     January 22, 2018.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.     Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Since 2011, defendant's criminal history includes a number of firearm and controlled substance offenses and a history of chronic unemployment. A significant number of firearms were allegedly recovered during the search of his apartment by King County law enforcement, as well as large quantities of controlled substances, cash, and stolen alcohol.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of January, 2018.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3