THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>JERMAINE L. HICKLES,<br><br>        Defendant. | CASE NO. CR18-0015-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for a scheduling order governing claims to preliminarily forfeited firearms (Dkt. No. 43). The Court finds that entry of an order setting a discovery schedule, a motions deadline, and a hearing date is appropriate. The Court will permit discovery and entertain motions related to third-party claims pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, will conduct a hearing pursuant to 21 U.S.C. § 853(n)(2), (4)–(6).

The Court ORDERS as follows:

1) The United States, Emerson Jones, Quinn Patrick, Phillip Anderson, Jeffrey Krausse, and any additional third-party claimants (collectively "the Parties") may engage in discovery related to the third-party claims. The discovery period closes on February

4, 2019;

2) Thereafter, the Parties shall file any dispositive motions no later than March 6, 2019; and

3) If necessary, an evidentiary hearing will be held on third-party claims at 9 a.m. on April 23, 2019.

DATED this 28th day of November 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
CR18-0015-JCC
PAGE - 2