1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

CASE NO. CR18-0015-JCC

10

　　　　　　　Plaintiff,

ORDER

11

　　　v.

12

JERMAINE L. HICKLES,

13

　　　　　　　Defendant.

14

15　　　This matter comes before the Court on the Government's motion for entry of a final order

16　of forfeiture (Dkt. No. 59) for the following property:

17　　　　　1. One Taurus PT 92 AF handgun, 9mm cal., Serial Number TXH11194;

18　　　　　2. One Ruger 1911 handgun, .45 cal., Serial Number 301528;

19　　　　　3. One Smith & Wesson 1989 revolver, .45 cal., Serial Number BDS7874;

20　　　　　4. One Springfield Armory 1911 Al handgun, .45 cal., Serial Number NM480133;

21　　　　　5. One Glock 43 handgun, 9mm cal., Serial Number BAXG313;

22　　　　　6. One Sig Sauer P226 handgun, 9mm cal., Serial Number U836048;

23　　　　　7. One Ruger LCR revolver, .357 cal., Serial Number 546-46344;

24　　　　　8. One Charter Arms Corp Pitbull revolver, 9mm cal., Serial Number 1069851;

25　　　　　9. One Intratec DC-9 handgun, 9mm cal., Serial Number D000921;

26　　　　　10. One Colt M4 long rifle, .22 cal., Serial Number BP086374;

1    11. One GSG-522 long rifle, .22, Serial Number A394328; and,

2    12. One Ruger Model 10 long rifle, .22 cal., Serial Number 251-68586.

3    The Court, having reviewed the motion and the relevant record, GRANTS the motion

4    (Dkt. No. 59) and FINDS that entry of a final order of forfeiture is appropriate because:

5    1. On August 13, 2018, the Court entered a preliminary order of forfeiture finding 17

6       firearms, including those identified above, forfeitable pursuant to 18 U.S.C. §

7       924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853, and forfeiting Defendant's

8       interest in them (Dkt. No. 34);

9    2. Thereafter, the United States published notice of the forfeiture as required by 21

10      U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No.

11      38) and provided direct notice to 13 identified potential claimants as required by

12      Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 59-1).

13   3. Five claims were filed and the United States has recognized those claims with respect

14      to five firearms, which it will be returning to the relevant claimants (Dkt. Nos. 51, 53,

15      54, 57, 58);

16   4. With respect to the remaining 12 firearms identified above, no third-party claims

17      were filed and recognized by the United States, and the time for filing a claim has

18      expired.

19   Therefore, the Court ORDERS:

20   1. No right, title, or interest in the above-identified firearms exists in any party other

21      than the United States;

22   2. The above-identified firearms are fully and finally condemned and forfeited, in their

23      entirety, to the United States;

24   3. The Bureau of Alcohol, Tobacco, and Firearms, and/or its representatives, are

25      authorized to dispose of the above-identified firearms as permitted by governing law;

26      and

1         4.   The evidentiary hearing set for April 23, 2019 is STRICKEN.

2         DATED this 28th day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0015-JCC
PAGE - 3