UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE HICKLES,<br><br>Defendant. | CASE NO. CR18-0015-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to move the noting date (Dkt. No. 63). The motion is GRANTED. The Clerk is DIRECTED to re-note Shavel Pope's motion to intervene and unseal (Dkt. No. 62) to June 25, 2019.

DATED this 28th day of May 2019.

        William M. McCool
        Clerk of Court

        s/Tomas Hernandez
        Deputy Clerk