THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>JERMAINE HICKLES,<br><br>                        Defendant. | CASE NO. CR18-0015-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the briefing schedule regarding Mr. Hickles' motion for compassionate release (Dkt. No. 79). Having considered the stipulated motion and finding good cause, the Court hereby GRANTS the motion. The Court DIRECTS the Clerk to renote Mr. Hickles' motion to reduce sentence (Dkt. No. 79) for consideration on January 12, 2021. The Government shall respond to Mr. Hickles' motion no later than January 8, 2021 and, if Mr. Hickles chooses to file a reply brief, it must be filed no later than January 12, 2021.

//

//

//

MINUTE ORDER
CR18-0015-JCC
PAGE - 1

1    DATED this 30th day of December 2020.

2

    William M. McCool
    Clerk of Court
3

4    s/Paula McNabb
    Deputy Clerk

MINUTE ORDER
CR18-0015-JCC
PAGE - 2